Pro Se 1 2022

FILED
LODGED
ENTERED
RECEIVED

DEC 0 1 2025     RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                        DEPUTY

*No summons issued per 20000589/2*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Mark O. Doss

Plaintiff(s),

v.

Saengduean Lek Chailert

Defendant(s).

CASE NO. 2:25-cv-02422-KKE
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes   ☐ No

## I.     THE PARTIES TO THIS COMPLAINT

A.     Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Mark O. Doss |
| Street Address | 6883 Bartow Way |
| City and County | Midland |
| State and Zip Code | Georgia 31820 |
| Telephone Number | (972) 922-7254 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2022*

1

B.    Defendant(s)

2

3
    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

4

5
        Defendant No. 1

6
            Name                                Saengduean Lek Chailert

            Job or Title *(if known)*

7
            Street Address                      289 M. 1

8
            City and County                     Kuet Chang, Mae Taeng District

            State and Zip Code                  Chiang Mai 50150, Thailand

9
            Telephone Number                    +66 53 272 855

10

11
        Defendant No. 2

12
            Name

            Job or Title *(if known)*

13
            Street Address

            City and County

14
            State and Zip Code

15
            Telephone Number

16

17
        Defendant No. 3

18
            Name

            Job or Title *(if known)*

19
            Street Address

            City and County

20
            State and Zip Code

21
            Telephone Number

22

23

24

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

1    Defendant No. 4

2        Name

3        Job or Title *(if known)*
         Street Address
4        City and County
5        State and Zip Code
         Telephone Number
6

7

8    ## II.    BASIS FOR JURISDICTION

9        Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

10   types of cases can be  heard in federal court: cases involving a federal question and cases

11   involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

12   the United States Constitution or federal laws or treaties is a federal question case.  Under 28

13   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14   the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

15   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16       What is the basis for federal court jurisdiction?  (*select all that apply*)

17   ☐  Federal question:            ☑  Diversity of citizenship:
        If checked complete section A.        If checked complete section B.

18       Fill out the paragraphs in this section that apply to this case.

19   A.    If the Basis for Jurisdiction Is a Federal Question

20       List the specific federal statutes, federal treaties, and/or provisions of the United States

21   Constitution that are at issue in this case. *Attach additional pages if needed.*

22

23

24

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2022*

B.     If the Basis for Jurisdiction Is Diversity of Citizenship

        1.     The Plaintiff(s)

            a.   If the plaintiff is an individual.

The plaintiff (*name*) ___Mark O. Doss_____, is a citizen of the

State of (*name*) ___Georgia_____.

            b.   If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

        2.     The Defendant(s)

            a.   If the defendant is an individual.

The defendant, (*name*) ___Saengduean Lek Chailert_____, is a citizen of the

State of (*name*) _____. Or is a citizen of

(*foreign nation*) ___Thailand_____.

            b.   If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____,

and has its principal place of business in (*name*)_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

3.    The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed:*

Total damages of $500,000:

Economic damages of $250,000 for damage to fundraising efforts

General damages of $250,000 for sustained emotional distress

ALL DAMAGES PLEDGED TO GO TO INDIAN ELEPHANTS

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Please refer to the attached page entitled "Statement of Claim (attached)"

Please also refer to the attached page entitled
"Statement of Claim Confidential Injuries (attached)"
that Plaintiff wishes to file under protective order.

## IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

Please refer to the attached page entitled "Relief (attached)"

## V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2022*

1 | purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2 | (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3 | reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4 | identified, will likely have evidentiary support after a reasonable opportunity for further

5 | investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6 | Rule 11.

7 |      I agree to provide the Clerk's Office with any changes to my address where case-related

8 | papers may be served. I understand that my failure to keep a current address on file with the

9 | Clerk's Office may result in the dismissal of my case.

10 | Date of signing:    December 1st, 2025

11 | Signature of Plaintiff    *[signature]*

12 | Printed Name of Plaintiff    Mark O. Doss

13 |

14 | Date of signing:    _____

15 | Signature of Plaintiff    _____

16 | Printed Name of Plaintiff    _____

17 |

18 | Date of signing:    _____

19 | Signature of Plaintiff    _____

20 | Printed Name of Plaintiff    _____

21 |

22 |

23 |

24 |

COMPLAINT FOR A CIVIL CASE - 6

# 1 Statement of Claim (attached)

2

3  1. In this Statement of Claim, "Plaintiff" refers to Mark Doss of 6883 Bartow Way, Midland,

4      Georgia, U.S.A., and "Defendant" refers to Saengduean Lek Chailert of 289 M. 1, Kuet

5      Chang, Mae Taeng, Chiang Mai, 50150, Thailand.

6  2. For background, the Plaintiff co-founded an elephant rescue organization based in India, the

7      Kerala Elephant Organization, or KEF, with famed Indian elephant activist Rajeev Kurup in

8      late 2022. This organization is aimed at helping among the most highly abused captive

9      elephants in the world, in Kerala, India, that have been left ignored by nearly all international

10      elephant rescue organizations. The Defendant is widely regarded as the top captive elephant

11      rescue figure in the world, having appeared in international media in many countries, having

12      met many top politicians and celebrities regarding her rescue work, and having arguably the

13      most sway in the international captive elephant rescue community. She is most closely

14      associated with the Elephant Nature Park sanctuary through her organization Save Elephant

15      Foundation (SEF).

16  3. The Plaintiff, having been inspired to help elephants and bring justice to abused animals

17      across the world, took as inspiration the work of Defendant and other elephant rescue

18      organizations as he started his organization and activism efforts in 2022. Plaintiff and his

19      organization KEF formally emailed SEF for assistance or collaboration in helping abused

20      elephants in India in 2023 but were repeatedly ignored despite having many mutual

21      connections.

22  4. Several days prior to October 15th, 2023, the Plaintiff, upon learning of Defendant's

23      documentary showing of "Elephant Mother" and fundraising event in Seattle, Washington,

Statement of Claim
(attached) (       )

1

Mark Doss
6883 Bartow Way
Midland, GA 31820
(972)-922-7254

1    determined to drive from Texas to Seattle, Washington to meet Defendant in person. The

2    purpose of this meeting would be to introduce Plaintiff's organization and plans to help

3    elephants in India, for potential collaboration. Arriving just after the start of the event, on

4    October 15th, 2023, after several days of driving, Plaintiff had the opportunity to meet

5    Defendant one-on-one, explaining that Plaintiff's organization, KEF, intended to build a

6    sanctuary in southern India and work to rescue elephants.

7  5.  Plaintiff has since learned that Defendant has held several fundraising and documentary

8    events in Seattle, Washington, and has extensive connections to activists in Washington state.

9  6.  At the documentary showing on October 15th, 2023, Defendant assured Plaintiff that she

10    would provide assistance to Plaintiff's efforts to help elephants in India. As Plaintiff had prior

11    met and discussed with several high-net-worth individuals regarding support for Indian

12    elephants, further assistance and backing from Defendant in the project would likely

13    guarantee further support to help elephants with a world-class sanctuary in India.

14  7.  In the following weeks, Plaintiff continued working on his organization and fundraising in

15    efforts to assist elephants in India, with plans to reach out to Defendant for collaboration.

16    Disputes with Dolores M. Whitley (hereafter referred to as "Dolores"), resident of Delaware,

17    and very close associate of U.S.-based organization Voices for Asian Elephants Society

18    (VFAES), would surface and soon involve Defendant. These incidents are described in a

19    related civil suit being filed in late 2025 in the United States District Court for the District of

20    Delaware, and in what follows.

21  8.  On December 1st, 2023, Plaintiff received a Facebook message from Defendant, at the time a

22    Facebook friend. In Defendant's private message to Plaintiff, she demanded that Plaintiff

23    remove "her" photos of elephant abuse that were on the KEF organization website, which

Statement of Claim                                                     Mark Doss
(attached) (          )                    2                            6883 Bartow Way
                                                                        Midland, GA 31820
                                                                        (972)-922-7254

1 had been designed by Plaintiff. The Plaintiff, having seen said photos on many pages across

2 the internet, and this being his first time creating a website, was unaware that there would be

3 any attribution claims or issues in using said images. While willing to work with Defendant

4 in clarifying the issue, Plaintiff asked for clarification as to ownership of the photos, for the

5 purpose of clarifying the issue and learning how to prevent such issues in the future.

6 9.  The Plaintiff, alarmed by the hostility of Defendant's messages, and seeing an accusatory

7 forwarded message in the Plaintiff-Defendant chat with distinct stylistic cues suggesting

8 authorship by Dolores Whitley, asked Defendant directly if Dolores had accused Plaintiff or

9 KEF of being scammers. In replying to said question, "Did Dolores say we are scamming?",

10 Defendant responded affirmatively and directly with reply "Absolutely." Neither the Plaintiff

11 nor his organization were scamming, making this accusation untrue. Plaintiff promptly

12 warned Defendant of the falsity of this accusation and indicated that such defamatory

13 statements would likely lead to legal action.

14 10. The next day, December 2nd, 2023, Defendant would go on to make a public post on

15 Facebook to the international elephant rescue community directly stating that she has no

16 connection to Plaintiff and his organization, calling on people in the community to message

17 her privately on the matter, and indirectly insinuating that Plaintiff and his organization are of

18 ill-repute. The implied message, though indirect, was very damaging and far-reaching from a

19 public figure such as Defendant with nearly 500,000 Facebook followers in countries all over

20 the world, some of whom are very wealthy and influential, both within animal activist circles

21 and without.

Statement of Claim
(attached) (          )          3          Mark Doss
6883 Bartow Way
Midland, GA 31820
(972)-922-7254

1  11. Comments, shares, and reactions to this post severely damaged Plaintiff and his

2      organization's reputation in the elephant community and indeed threatened Plaintiff's

3      reputation beyond just elephant work. As an example, one commentator to the post stated:

4          "Theft is theft and telling of it here was what was needed! Integrity is what is
5          missing from many business practices and individual philosophies. Now it is
6          known this site is not trustworthy. Thank you for sharing the information, we will
7          avoid this site!"

8      Another commentator, Loreen La Penna (of Washington), tagged Robyn Beasley (of New

9      York), who in turn tagged Natalie Adamowicz (of Delaware). They are Treasurer, President,

10     and Fundraising Director of Stews4Elephants, respectively, an organization that has helped

11     Defendant raise hundreds of thousands of dollars in funds to rescue elephants.

12 12. A post, near identical to that of the Defendant on December 2nd, 2023, was also shared on the

13     official Save Elephant Foundation (SEF) Facebook page, which represents Defendant's main

14     non-profit. SEF has received support and following from celebrities such as Leonardo

15     DiCaprio, courted chairmen of famous companies such as Ferrari S.p.A. (which a SEF

16     representative personally told Plaintiff to not contact when the opportunity arose), and

17     received awards from high-profile public figures such as President of France Emmanuel

18     Macron.

19 13. Both before and after Lek's December 2nd public post, Plaintiff repeatedly reached out to

20     Defendant and several of her formal and close associates to have a discussion with Plaintiff

21     and his organization to correct the misunderstanding and accusations. Each plea to discuss

22     the situation, by email or by social media, was denied or ignored. The Plaintiff strenuously

23     denied allegations of fraud or scamming, both to Defendant and other members of the

24     community, but was frequently dismissed, blocked, or ignored.

Statement of Claim                                                           Mark Doss
(attached) (          )                        4                  6883 Bartow Way
                                                                  Midland, GA 31820
                                                                  (972)-922-7254

1  14. For example, on the week including December 7th, 2023, Plaintiff replied to Ry Emmerson,

2  Projects Director of Save Elephant Foundation, on a Facebook post regarding removal of

3  Defendant's photos from Plaintiff's KEF organization website:

4         "Ry Emmerson It's come to my attention that we've been slandered by Dolores
5         Whitley of VFAE [sic] (to Lek and others). She is calling me/our effort scammers,
6         which is an extremely upsetting and false accusation and opens her and others up
7         to legal action in the US.
8         Hoping to work with Lek to clear this up and of course will work with you on
9         updating any photos that your organization owns"

10  This attempt by Plaintiff to clear defamation was rebuffed. In further reply Plaintiff reminded

11  associates of Defendant that this defamation ultimately harmed the elephants that Plaintiff

12  and his organization are working to help:

13         "This is extremely unfair and harms the elephants we are working to rescue. We
14         are asking to be able to clear our name with Lek and the public."

15  This plea was also rebuffed and otherwise ignored.

16  15. On December 5th, 2023, Plaintiff was notified of a public Facebook post from December 3rd,

17  2023, by Desiree Redburn (hereafter referred to as "Desiree"), of Australia, a close friend of

18  Defendant, stating that Desiree received a phone call from Defendant wherein it was

19  indicated by Defendant that Plaintiff is a "scammer":

20         "I JUST GOT A PHONE CALL FROM LEK HERSELF PLEASE BLOCK
21         MARK DOSS HES A SCAMMER RUNNING SANGITA LYER [sic] DOWN
22         TO THE GROUND TO TRY GET MONEY OUT OF PEOPLE"
23
24  This is direct slander on the part of the Defendant, leading to severe reputational harm in

25  cascade-like fashion. Desiree also emphasized that "SOMETHING NEEDS TO BE DONE

26  ABOUT THESE PEOPLE." An elephant activist and commentator to this post indicates that

27  she has blocked Plaintiff on Facebook, to which Desiree responds "GOOD."

1  16. Following this discovery of slander, Plaintiff on December 5th, 2023 again messaged

2  Defendant on Facebook, indicating that he was considering legal action, had been accused of

3  being a scammer, and was pleading for help in resolving the issue:

4          "We're looking to take legal action in the US. I have seen people claiming we are
5          scammers
6          If you do not want to be involved in a case please help us resolve this."

7  Plaintiff's plea to Defendant was seen and ignored.


8  17. Defendant also indicated to Desiree that Plaintiff was scared to take a photo at the Elephant

9  Mother documentary showing, insinuating that Plaintiff was a fraud that wanted to evade

10  photographic record. Plaintiff notes that he was not overly concerned with getting photos

11  with Defendant upon meeting her in Seattle, as he was under the assumption that he would be

12  working with Defendant regularly in the future.

13  18. Further messages in the elephant community from this time repeat accusations of fraud and

14  scamming regarding Plaintiff. For example, on December 9th, 2023, Plaintiff learned from a

15  fellow member of the elephant rescue community that Desiree had repeated accusations of

16  scamming coming from Defendant:

17          "GIVE HIM NOTHING HES A SCAMMER LEK WAS THE ONE THAT
18          WARNED ME ABOUT HIM HES BLOCKED FROM HOPE AND IVE
19          BLOCKED HIM A LOT HAVE"
20
21  19. A chain of grievous damage to Plaintiff and his organization's reputation followed

22  Defendant's December 2nd, 2023 public post. We note that Desiree blocked Plaintiff

23  personally and from her administered Facebook group Help Our Precious Elephants

24  (H.O.P.E.), where Plaintiff first commenced his elephant rescue advocacy, connected with

25  like-minded activists for building his organization, and learned of opportunities for helping

26  elephants. Plaintiff, since starting his elephant advocacy, would spend hours daily on

Statement of Claim                                                          Mark Doss
(attached)  (            )                    6                              6883 Bartow Way
                                                                            Midland, GA 31820
                                                                            (972)-922-7254

1    H.O.P.E. for the purpose of learning about and helping elephants, and connecting with fellow

2    activists. As such, participation in the group was a key part of his life and elephant advocacy.

3  20. When Plaintiff approached the sole other admin of the H.O.P.E. group, asking to be

4    unblocked to clear misunderstanding and air his side of the situation, Plaintiff was promptly

5    blocked. This was a common pattern when Plaintiff would reach out to members of the

6    elephant community to state his case – dismissal, shunning, contempt, blocking, and anger

7    from other members of the elephant rescue community.  Plaintiff approached many members

8    of the elephant rescue community for either help in supporting elephants, or in joining his

9    organization, and was frequently met with these responses, a clear contrast to how he was

10    received prior to the public statements posted by Defendant and her organization.

11  21. Plaintiff's organization also lost an integral member, Sarita Suresh, of India, that had helped

12    connect the organization to opportunities locally and in India. She stated that she was

13    concerned with protecting her reputation and was very upset and fearful of her reputation

14    being harmed by the actions of Defendant.

15  22. Plaintiff and his organization were blocked from many professional, logistical, and network

16    opportunities regarding elephant rescue in Asia and internationally. The Defendant is

17    connected to many sanctuaries in Thailand and nearby countries, such as Cambodia and

18    Laos, as well as elephant support networks and sanctuaries in the U.S., Europe, and Africa.

19    As such, ill-repute under defamation by Defendant affects opportunities to connect, work

20    with, and fundraise with a wide network of people involved in elephant rescue (and beyond)

21    around the world.

22  23. The Defendant is also connected to many high-profile high-net-worth individuals that could

23    help a new organization help elephants. Plaintiff noticed several celebrities that had helped

Statement of Claim                        Mark Doss
(attached) (        )               7              6883 Bartow Way
                                           Midland, GA 31820
                                         (972)-922-7254

1    elephants with the Defendant in Thailand, that seemed amenable and were directly or near-

2    directly available to approach for helping elephants in India. With defamation from the

3    Defendant, the prospect of securing their support for elephants in India would be greatly

4    reduced, as a connected individual checking with the Defendant would destroy any

5    confidence in Plaintiff's project.

6  24. Many elephant organizations became dismissive of Plaintiff and his organization's efforts.

7    Stews4Elephants was previously mentioned, which denied assistance to Plaintiff's efforts.

8    Plaintiff also approached Help Animals India, a Washington-based non-profit that sends

9    funds to India for animal projects, which denied support. Plaintiff had connected with the

10   head of Save the Asian Elephant, STAE, a UK-based nonprofit, but suddenly found that he

11   had been blocked by their pages. Such dismissal contrasted sharply with the reception

12   Plaintiff received before the defamation and public posts from Defendant.

13 25. Plaintiff even noticed that high society in the Seattle area strangely acted dismissive towards

14   Plaintiff's efforts. At the launch of the Indian consulate in Seattle, Plaintiff communicated

15   with a lady that indicated that she knew of Plaintiff yet would not disclose which of her

16   acquaintances had spoken to her about Plaintiff. She was dismissive and refused to help. An

17   individual, Loreen La Penna, on the board of Stews4Elephants and friends with the Governor

18   of Washington, whom Plaintiff had met at Defendant's screening of Elephant Mother in

19   2023, never reciprocated friendship.

20 26. With a reputation sullied by accusations of scamming or fraud, efforts to raise funds or help

21   elephants became much more difficult. While the organization did succeed in raising some

22   funding, much of the established channels and outward opportunities were cut off for

23   Plaintiff's newly established organization. Yet while Plaintiff's organization suffered heavy

1    reputational harm, the focus of the defamation was more specifically on the Plaintiff. For

2    example, many other members of the organization were spared from direct personal

3    accusations and consequences of the defamation, unlike the Plaintiff.

4  27. This behavior from others sowed deep, recurrent, and often debilitating frustration, anger,

5    sadness, and hopelessness in the Plaintiff. The Plaintiff, while attempting to work

6    purposefully and strenuously to bring help to some of the world's most highly abused

7    elephants, was repeatedly denied, turned away, and ridiculed as if a fraud.

8  28. Plaintiff felt his efforts to help elephants were severely hobbled by what seemed like

9    concerted anti-competitive efforts to blacklist him from much of the elephant community.

10    Defendant's defamation and actions, as Plaintiff described to some in the elephant rescue

11    community, felt like a "boot to the neck," with Plaintiff's nascent organization

12    simultaneously gasping for air in order to help elephants.

13  29. As helping elephants is a key part of the Plaintiff's life and goals, Defendant's actions were

14    very harmful to his well-being and professional success. What most concerned Plaintiff

15    however, despite the severe damages Defendant and others tried to inflict on his reputation,

16    was the welfare of elephants in India that he sought to help.

17  30. These emotional, psychological, and social challenges have persisted for approximately two

18    years and continue to this day, as Defendant and close associates have refused to speak with

19    Plaintiff to clear any of the defamation or harm.

20  31. The Plaintiff wishes to elaborate further injuries, under protective order, in the page entitled

21    "Statement of Claim Confidential Injuries (attached)."

# Relief (attached)

1. <u>The Plaintiff pledges that all damages awarded go to help elephants in India</u>.

2. The Plaintiff seeks compensatory damages of $500,000, broken down into $250,000 worth of economic damages, and $250,000 of general damages, justified below.

3. The Plaintiff seeks punitive damages as applicable, up to $200,000.

4. The Plaintiff notes that many opportunities to work with high net worth and famous individuals, some directly in the elephant community network, and some one link outside the network, have been disrupted by the defamatory actions of the Defendant. Support from such individuals can easily reach six-figure dollar amounts, as evidenced by the support provided to sanctuaries such as Defendant's Elephant Nature Park and others internationally. Several high net worth individuals that otherwise could have helped Indian elephants have now been effectively blocked off due to defamation. These penalties are ongoing until defamation has been addressed.

5. The Plaintiff and his organization have approached high net worth individuals for support for Indian elephants, and the actions of Defendant have severely harmed the success of those efforts. Defamatory statements by the world's top elephant rescue figure are easily capable of stifling the success and trust in a new organization that is working with its first funders. These effects are intermittent and ongoing, as long as the defamation remains unturned.

6. While estimates for the Plaintiff's work in building a sanctuary vary, based on size, elephants, duration of operation, and optional amenities, many estimates range from lower hundreds of thousands of dollars into the millions of dollars for several years' worth of

Relief (attached)
(                    )                                      1

Mark Doss
6883 Bartow Way
Midland, GA 31820
(972)-922-7254

1    assistance to a limited number of elephants, based largely on land acquisition, construction,

2    food, and caretaker costs.

3  7.  The Plaintiff also seeks general damages, as the Plaintiff has endured ongoing and intense

4    mental suffering of nearly two years as described in the Statement of Claim and the

5    Statement of Claim Confidential Injuries document, with the Defendant showing a callous

6    disregard for Plaintiff's career, reputation, and suffering. The Plaintiff also seeks any Punitive

7    Damages that may result from such actions. Plaintiff also notes that these effects are ongoing,

8    as attempts by the Plaintiff to redress the defamation which leads to this suffering have been

9    repeatedly shut down.

10  8.  The Plaintiff also seeks Equitable Relief as follows:

11    8.1. A public social media post from Defendant correcting the defamation and any harmful or

12       damaging actions on her part towards Plaintiff. To also include an apology to the

13       Plaintiff and for any animals that have faced harm for any action she may have taken in

14       relation to Plaintiff.

15    8.2. A public social media post from Desiree Redburn, of Australia, close friend of

16       Defendant, correcting harmful or damaging actions on her part towards Plaintiff and

17       explaining the role played by Defendant.

18    8.3. Direct messages correcting the defamation by Defendant to all individuals and

19       organizations that she has had contact with wherein Plaintiff was maligned in relation to

20       said defamation or actions.

21    8.4. The opportunity for Plaintiff to rejoin the H.O.P.E. Facebook group and engage fairly

22       with the elephant rescue community without the weight of defamation.

Mark Doss
6883 Bartow Way
Midland, GA 31820
(972)-922-7254

1    8.5. The opportunity to fairly, and without anti-competitive interference, approach any high

2        net worth or high-profile individuals that Defendant or SEF may work with, for the

3        purpose of helping elephants in India.