FILED
LODGED
ENTERED
RECEIVED

DEC 0 1 2025      RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Mark O. Doss

Plaintiff

Civ. Action No. 2:25-cv-02422-KKE

(To be assigned by the Clerk's Office)

**Motion for a Protective Order**

Note on Motion Calendar:

Saengduean Lek Chailert

Defendant

# Motion for a Protective Order

### Request

The Plaintiff requests to have page "Statement of Claim Confidential Injuries (attached)" of the Plaintiff's Pleading sealed from the public and from the opposing parties of the suit.

Date Filed: December 1st, 2025

Docket No.:
(to be assigned by the Clerk's Office)

### Legal Authority

Federal Rules of Civil Procedure 26(c)(1) allows a party to move for a protective order to prevent "annoyance, embarrassment, oppression, or undue burden or expense."

| Motion For a Protective Order (     ) | 1 | Mark Doss<br>6883 Bartow Way<br>Midland, GA 31820<br>(972)-922-7254 |
|---|---|---|

**Reasons**

In the page "Statement of Claim Confidential Injuries (attached)", the Plaintiff describes sensitive and serious personal medical information, that could cause undue harm or ill-effects if provided freely to the general public. The Plaintiff further asks for this information to be sealed from opposing parties in the case due to its sensitivity, and their capacity to use it against the Plaintiff, in manner similar to the original causes of action of the Pleading.

| | |
|---|---|
| December 1st, 2025 | *[signature]* |
| Dated | Plaintiff's Signature |
| Mark O. Doss | |
| Printed Name | |

| | | | |
|---|---|---|---|
| 6883 Bartow Way | Midland | Georgia | 31820 |
| Address | City | State | Zip Code |

| | |
|---|---|
| 972-922-7254 | markforelephants@gmail.com |
| Telephone Number | Email Address |