UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK O. DOSS, | CASE NO. C25-2422-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| SAENGDUEAN LEK CHAILERT, | |
| Defendant(s). | |

Plaintiff Mark O. Doss, proceeding *pro se*, filed his complaint in this case on December 1, 2025. Dkt. No. 1. On January 16, 2026, the Court entered an order denying Doss's motion to seal his statement of injuries, which he filed concurrently with the complaint. Dkt. No. 8. At the same time, the Court observed that over 45 days had passed since Doss filed this case without him having taken apparent steps to effectuate service on Defendants. *Id.* at 3. Accordingly, the Court ordered Doss to file a certificate of service showing that service had been effectuated or else show cause why this case should not be dismissed for failure to prosecute by February 6, 2026. *Id.* The Court warned that "[f]ailure to respond by this deadline will result in this case being dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b)." *Id.*

Doss failed to respond by the February 6 deadline. Accordingly, this case is DISMISSED without prejudice under Rule 41(b) for failure to prosecute.

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

1  Dated this 16th day of March, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2